**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLNOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LOCAL 8A-28A WELFARE AND 401(K) RETIREMENT FUNDS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 802 |
| vs. | ) ) ) | Judge Leinenweber |
| CHICAGO METAL MAINTENANCE, | ) ) | Magistrate Judge Mason |
| Defendant. | ) ) | |

## PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT

Now Come Plaintiffs and file this Plaintiffs' Motion for Entry of Judgment and in support thereof state:

1. On November 30, 2005 the United States District Court for the Southern District of New York entered judgment in Case No. 04-Civil 1791 (WHP) against Defendant, and in favor of Plaintiffs, for unpaid fund contributions, interest, fees and costs in the amount of $163,442.09 ("New York Judgment"). As appears more fully from the Certification of Judgment For Registration In Another District, attached hereto, no appeal of the New York Judgment was taken by Defendant.

2. On February 6, 2008, in the above captioned case, Plaintiffs registered the New York Judgment with the Clerk of Court for the United States District Court for the Northern District of Illinois.

WHEREFORE, Plaintiffs hereby request the Court to enter judgment against Defendant, and in favor of Plaintiffs, for unpaid fund contributions, interest, fees and costs in the amount of

$163,442.09 pursuant to the judgment entered in the Southern District of New York in case No.04-Civil 1791 (WHP).

                                                  Respectfully submitted,

                                                  s/Martin P. Barr
                                                  Martin P. Barr
                                                  Attorney for Plaintiffs, Local 8A-28A, et al.

CARMELL CHARONE WIDMER
  MOSS & BARR
230 West Monroe Street
Suite 1900
Chicago, Illinois 60606
(312) 236-8033

Dated: February 19, 2008