# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LOCAL 8A-28A WELFARE AND 401(K) ) <br> RETIREMENT FUNDS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CHICAGO METAL MAINTENANCE, ) <br> ) <br> Defendant. ) | No. 08 C 802 <br><br> Judge Leinenweber <br><br> Magistrate Judge Mason |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, February 21, 2008, at 9:30 a.m., or as soon thereafter as Counsel may be heard, the undersigned will appear before Judge Leinenweber in courtroom 1941 at 219 South Dearborn St., Chicago, Illinois and present the **Plaintiff's Motion For Entry of Judgment**.

s/Martin P. Barr
Martin P. Barr, attorney for Plaintiffs
Attorney Bar Number: 6190349
Carmell Charone Widmer Moss & Barr
230 W. Monroe St., Suite 1900
Chicago, IL  60606
(312) 236-8033
Dated:  February 19, 2008