UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Local 8A−28A Welfare, et al.
                              Plaintiff,

v.                                            Case No.: 1:08−cv−00802
                                              Honorable Harry D. Leinenweber

Chicago Metal Maintenance
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2008:

　　　　MINUTE entry before Judge Harry D. Leinenweber : Plaintiff's Motion for Judgment now noticed for 3/13/2008 is reset by the court for 3/18/2008 at 09:30 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.