## United States District Court for the Northern District of Illinois

Case Number: 08cv802        Assigned/Issued By: j. n.

Judge Name:                 Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00
                ☐ IFP         ☐ No Fee     ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☑ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _1_ copies on _4-3-08_ as to _frank lawnicki_
                               (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05