

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 802 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Local 8A-28A Welfare , et al vs. Chicago Metal Maintenance | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for Entry of Judgment against defendant, Chicago Metal Maintenance for unpaid contributions, interest, fees and costs in the amount of $163,442.09, is granted..

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:05



Courtroom Deputy Initials: WAP