

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 8A-28A WELFARE AND 401(K) RETIREMENT FUNDS, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| CHICAGO METAL MAINTENANCE, | ) ) ) |
| Defendant. | ) |

No. 08 C 802

Judge Leinenweber

Magistrate Judge Mason

## ORDER

THIS MATTER having come to be heard upon Plaintiffs' Motion for Entry of Judgment against Defendant Chicago Metal Maintenance pursuant to a judgment entered in the United States District Court for the Southern District of New York in Case No. 04-Civil 1791 (WHP);

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered against Defendant, and in favor of Plaintiffs, for unpaid contributions, interest, fees and costs in the amount of $163,442.09.

Dated: 4/3/08

ENTERED:

_____
UNITED STATES DISTRICT JUDGE

**HARRY D. LEINENWEBER**